COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__South__ DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 8 2001

Michael N. Milby
Clerk of Court

__Sidney M. Vallie #576106__
Plaintiff's name and ID Number

__Willacy State Jail__
Place of Confinement

CASE NO: __B-01-215__
(Clerk will assign the number)

v.

__Warden David Forrest 1695 S. Buffalo Dr.__
Defendant's name and address

__Mr. A. Reyes 1695 S. Bufflo Dr.__
Defendant's name and address

__Captain L.D. Montgomery 1695 S. Buffalo Dr.__
Defendant's name and address
(DO NOT USE "ET AL.")

__c/o Mary Hernandez 1695 S. Buffalo Dr.__

I. **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ___ YES   ✓ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.
   (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: __N/A__

   2. Parties to previous lawsuit:
      Plaintiff(s) __N/A__
      Defendant(s) __N/A__

   3. Court (If federal, name the district; if state, name the county) __N/A__

   4. Docket Number: __N/A__

   5. Name of judge to whom case was assigned: __N/A__

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      __N/A__

   7. Approximate date of disposition: __N/A__

II. PLACE OF PRESENT CONFINEMENT: <u>WILLACY STATE JAIL</u>

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? ✓ YES __ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.
<u>THE COPIES WERE LOST OR STOLEN.</u>

IV. PARTIES TO THIS SUIT:
A. Name of address of plaintiff: <u>SIDNEY M. VALLIE WILLACY STATE JAIL 1695 S. BUFFALO DR. RAYMONDVILLE, TX 78580</u>

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: <u>DAVID FORREST WARDEN AT WILLACY STATE JAIL 1695 S. BUFFALO DR. RAYMOND, TX 78580</u>
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>OPPORTUNITY TO RESOLVE COMPLAINT ON UNIT, BIASED REVIEW</u>

Defendant #2: <u>MR. A. REYES, COUNSEL SUBSTITUTE WILLACY STATE JAIL 1695 S. BUFFALO DR. RAYMONDVILLE, TX 78580</u>
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>INEFFECTIVE ASSISTANCE AND FAILURE IN INVESTIGATION</u>

Defendant #3: <u>CAPTAIN L.D. MONTGOMERY DISCIPLINARY HEARING OFFICER WILLACY STATE JAIL 1695 S. BUFFALO RAYMONVILLE,</u>
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>FAILED TO CONSIDER EVIDENCE AND MY STATEMENT. IMPOSED EXCESSIVE PUNISHME</u>

Defendant #4: <u>C/O MARY A. HERNANDEZ WILLACY STATE JAIL 1695 S. BUFFALO DR. RAYMONDVILLE, TX 78580</u>
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>SUBMITTED FALSE INFORMATION ON STATE DOCUMENT.</u>

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_____

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

<u>ON 8-7-01 CASE NUMBER 20010335448 WAS WRITTEN AGAINST ME FOR SOLICITING AN OFFICER, WHICH RESULTED IN</u>

✩ATC1983 (Rev. 2/00)                    3

SOLITARY CONFINEMENT OF 15 DAYS, EXCESSIVE PUNISHMENT OF A DEDUCTION OF 90 DAYS OF GOOD CONDUCT TIME AND A DEMOTION IN TIME EARNING STATUS OF S.A.T. 4 TO LINE 1. C/o MARY A. HERNANDEZ FALSIFIED A REPORT CLAIMING I MADE A SOLICITATING STATEMENT TO HER WHICH NEVER TOOK PLACE. AN INADEQUATE INVESTIGATION OF THAT CLAIM ALSO TOOK PLACE. AN APPEAL REVIEW ON UNIT LEVEL WAS FAVORABLE TO THAT OF THE OFFICER BY THE UNIT WARDEN. A MAGNITUDE OF DUE PROCESS CONSTITUTIONAL VIOLATIONS HAPPENED.
SEE ADDENDUM....,

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

RE-INSTATE 90 DAYS GOOD CONDUCT TIME AND TRUSTEE STATUS OF S.A.T. 4   ADMONISH C/o MARY A. HERNANDEZ AND ALL PARTIES.

## VII. BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
N/A

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
I CAN ONLY REMEMBER THE CURRENT NUMBER.

## VII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
1. Court that imposed sanctions (if federal, give district and division): N/A
2. Case Number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer
N/A

DESPITE NUMEROUS REQUEST TO THE COUNCIL SUBSTITUTE TO INVESTIGATE THE FALSE ALLEGATIONS AGAINST ME AND ASSIST ME WITH APPEAL PROCESS, HE FAILED TO CARRY OUT HIS OFFICIAL CAPACITY CLAIMING DUE TO THE LARGE VOLUME OF HIS CASELOAD HE WOULD BE UNABLE TO ASSIST ME IN THE APPEAL PROCESS.

THE CHARGING OFFICER, C/O MARY A. HERNANDEZ FILED A DOCUMENT OF DECEPTION BY MAKING AND WRITING FALSE ALLEGATIONS AGAINST ME. SAID OFFICER WRITTEN UP FOR VIOLATING RULE #10 OF THE EMPLOYEE RULE OF CODE AND CONDUCT, WHICH IS FALSIFICATION OF RECORDS.

THE STEP 1 GRIEVANCE QUICKLY DENIED ON UNIT LEVEL WITHOUT AN ADEQUATE INVESTIGATION. SAID OFFICER CLAIM OF ME REQUESTING TO MEET HER IN SOME "DISCREET PLACES" WAS A FALSE REPORT. THERE IS NO DISCREET PLACES HERE AT THIS FACILITY. SAID OFFICER WAS AN O.J.T AT THE TIME OF SO-CALLED STATEMENT WAS MADE AND SHE WAS COERCED AND ASSISTED BY SENIOR STAFF MEMBERS TO CONCOCT THE DOCUMENT OF DECEPTION. THE GREATER BURDEN OF PROOF WAS ON ME.

DESPITE INCONCLUSIVE EVIDENCE AND NO FIRM EVIDENCE, DISCIPLINARY HEARING OFFICER NEVER CONSIDERED MY DEFENSE STATEMENT AND FOUND ME GUILTY AND IMPOSED EXCESSIVE PUNISHMENT BY REDUCING MY TIME EARNING STATUS FROM S.A.T. 4 TO LINE 1 AND A DEDUCTION OF 90 DAYS GOOD CONDUCT TIME AND 15 SOLITARY DAYS. THE FINDING OF GUILT WAS BASED ONLY ON C/O MARY A. HERNANDEZ'S TESTIMONY WHICH RESULTED IN A BIASED REVIEW. I NEVER MADE THE ALLEGED STATEMENT.

CONSTITUTIONAL VIOLATIONS OF DUE PROCESS AND EQUAL PROTECTION WAS IMPOSED. NO SUBSTANTIAL EVIDENCE SUBMITTED. ENTIRE CASE WAS BASED ON HEARSAY EVIDENCE.

AS MENTIONED IN MY STATEMENT FOR MY DISPLINARY HEARING, I ASKED THE CHARGING OFFICER HAD SHE EVER READ A BOOK TITLED, "SECRET PLACES." THE BOTH OF US, (ME AND THE CHARGING OFFICER) WAS IN THE UNIT LIBRARY WHEN THIS QUESTION WAS BROUGHT FORTH. (PLEASE SEE STATEMENT SUBMITTED FOR HEARING ON MY BEHALF.)

THIS CASE AMOUNTS TO NO MORE THAN MISCOMMUNICATION AND HEARSAY HEARSAY EVIDENCE IS INADMISSIBLE IN CRIMINAL COURT AND SHOULD ALSO BE INADMISSIBLE IN SAID CASE. C/O MARY A. HERNANDEZ WAS OVERZEALOUS AND OVER-REACTED.

the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warnings were imposed: __N/A__

Executed on: _____          __SIDNEY VALLIE__
                DATE                  __Sidney Vallie__
                                      (Signature of Plaintiff)


**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.


Signed this _____ day of __DECEMBER__, 20 __01__ .
            (Day)                  (Month)           (Year)


                                      __Sidney M. Vallie__
                                      (Signature of Plaintiff)


**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.