United States District Court
Southern District of Texas
FILED

DEC 2 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF TEXAS
__SOUTH__ DIVISION

__SIDNEY M. VALLIE #576106__
Plaintiff's name and ID Number

__WILLACY STATE JAIL__
Place of Confinement

B-01-215

CASE NO._____
(Clerk will assign the number)

v. MR. A REYES 1695 S. BUFFALO DR.
MR. L.D. MONTGOMERY 1695 S. BUFFALO DR.
MARY A. HERNANDEZ 1695 S. BUFFALO DR.
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __SIDNEY M. VALLIE__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment         Yes☐ No☒
   b. Rent payments, interest or dividends?                Yes☐ No☒
   c. Pensions, annuities or life insurance payments?      Yes☐ No☒
   d. Gifts or inheritances?                               Yes☐ No☒
   e. Family or friends?                                   Yes☒ No☐
   f. Any other sources?                                   Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __MY MOTHER MRS. MAXINE VALLIE $20.00 A MONTH.__
   __LAST RECEIVED AUGUST OR SEPTEMBER 2001__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                Yes☐            No☒
   If you answered YES, state the total value of the items owned.

   __N/A__
   _____

1

ATCIFP

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☑

If you answered YES, describe the property and state its approximate value.

_____ N/A _____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the _____ day of _____, ~~19~~ 2001

_Sidney M. Vallie_
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

2          ATCIFP

AM-03.81.120 (Rev.2)
Attachment 1 (Rev. 10/01)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# RECORDS RELEASE AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by _____ (Identify Court, Attorney, or entity as defined in Rule 3.9.2.1-Special Correspondence Rules).

I, offender  SIDNEY M. VALLIE , - TDCJ#  576106 , being presently incarcerated at the  WILLACY STATE JAIL  Unit/Facility of the Texas Department of Criminal Justice, in  WILLACY / CAMERON  County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the  6 TH  day of  DECEMBER  20 01 .

By: _Sidney M. Vallie_          Witness: _[signature]_
(Offender Signature)                        (Approved-Witnessing Authority Signature)

INSTRUCTIONS:
1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative).
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain.
3. The witnessing authority prints out a copy of the offender's "TFBA" computer screen, certifies it, and retains a duplicate copy for their records.
4. The offender is required to have an addressed, stamped envelope prepared for mailing. The witnessing authority then places a copy of the certified "TFBA" printout in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail.

ATC01 – Authorization No. 1 (10/01)

```
CSINIB01              TEXAS DEPARTMENT OF CRIMINAL JUSTICE            12/07/01
                         TRUST FUND BANKING HISTORY                   16:13:10
                          AS OF 12/06/01 23.48.14

TDCJ-NO 00576106 NAME- VALLIE,SIDNEY MICHAEL            CURRENT-BAL-        .05

   DATE    AMOUNT  UT TP  RPT-PG   CD DESCRIPTION                  SENDEE
 06/04/01    3.90     CM  WI15/IR  B4                              060401132357241539
 06/26/01     .00     CM  WI15/IR  B4                              062601085444906502
 07/10/01     .00     CM  WI15/IR  B4                              071001081544906502
 07/17/01     .00     CM  WI15/IR  B4                              071701172857241539
 07/18/01   20.00     MO  0199/01  B1 03259120127       000534     M VALLIE
 07/23/01   19.40     CM  WI15/IR  B4                              072301191057241539
 07/23/01     .00     CO  WI15/IN  I                  I            072301191057241539
 08/08/01     .62     CM  WI15/IR  B4                              080801071857241539
 08/14/01     .00     CM  WI15/IR  B4                              081401121244906502
 08/22/01     .00     CM  WI15/IR  B4                              082201131457241539
 08/28/01     .00     CM  WI15/IR  B4                              082801125657241539
 09/10/01   20.00     MO  0253/05  B1 03260379216       001600     M VALLIE
 09/18/01   19.65     CM  WI15/IR  B4                              091801085344906502
 09/18/01     .00     CO  WI15/IN  I                  I            091801085344906502
                                                 PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS   PF2 FIRST RECORD OF HISTORY   PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER:              OR SID NUMBER:
```

*To the best of my knowledge, this is a correct and current Trust Fund Banking History for Vallie, Sidney Michael TDCJ # 576106 on this day 7th of December 2001*

[signature]



COLETTE WATT
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-25-2005

```
CSINIB01            TEXAS DEPARTMENT OF CRIMINAL JUSTICE               12/07/01
                       TRUST FUND BANKING HISTORY                      16:13:22
                         AS OF 12/06/01 23.48.14

TDCJ-NO 00576106 NAME- VALLIE,SIDNEY MICHAEL          CURRENT-BAL-         .05

    DATE    AMOUNT UT TP RPT-PG  CD DESCRIPTION          SENDEE
  10/11/01     .42    CM WI15/IR B4                      101101143157241539
  11/05/01     .00    CM WI15/IR B4                      110301154957241539




              END OF HISTORY DATA        PRESS ENTER FOR MORE RECORDS
  PF4 PREVIOUS RECORDS  PF2 FIRST RECORD OF HISTORY  PF9 FIRST REC OF CURRENT MONTH
  ENTER TDCJ NUMBER:         OR SID NUMBER:
```