4



# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| SIDNEY M. VALLIE, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-215 |
| | § | |
| WARDEN DAVID FORREST, MR. A. | § | |
| REYES, CAPTAIN L. D. MONTGOMERY, | § | |
| MARY A. HERNANDEZ, | § | |
|    Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 15, 2002 should be adopted and this case be dismissed.

DONE in Brownsville, Texas, on this 21st day of February 2002.

Filemon B. Vela
United States District Judge